THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JERRY BECK, Defendant-Appellant.

(No. 11877; )

Fourth District—October 25, 1972.

Opinion by Mr. JUSTICE SIMKINS.

John F. McNichols, of Defender Project, of Springfield, for appellant.

Richard A. Hollis, State's Attorney, of Springfield, for the People.